NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

DEC 10 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALEX J. VILLA VALENZUELA,

No. 19-17367

Plaintiff-Appellant,

D.C. No. 2:18-cv-00642-DWL

v.

GERARDO GREGORIO, Dr./Provider;
ALAIN McGLASHON, Physical Therapist,

MEMORANDUM[*]

Defendants-Appellees.

Appeal from the United States District Court
for the District of Arizona
Dominic Lanza, District Judge, Presiding

Submitted December 2, 2020[**]

Before:    WALLACE, CLIFTON, and BRESS, Circuit Judges.

Arizona state prisoner Alex J. Villa Valenzuela appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

inadequate medical care while he was a pretrial detainee.  We have jurisdiction

under 28 U.S.C. § 1291.  We review de novo.  *Gordon v. County of Orange*, 888

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

F.3d 1118, 1122 (9th Cir. 2018).  We affirm.

The district court properly granted summary judgment because Valenzuela failed to raise a genuine dispute of material fact as to whether any defendant's conduct in the course of treating Valenzuela's pain was objectively unreasonable. *See id*. at 1124-25 (setting forth objective deliberate indifference standard for Fourteenth Amendment inadequate medical care claims brought by pretrial detainees).

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending requests are denied.

**AFFIRMED.**